FILED
2026 Sep-08 AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CORDON M ROBINSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **2:26-cv-1025-EGL-HNJ** |
| | ) | |
| **WILLIAMS,** | ) | |
| ***Warden, Easterling Correctional Facility*** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 7. After careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**, and this case is **DIMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 8th day of September, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE